IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § | |
| *Plaintiff*, | § § | 6:17-cv-00063 |
| v. | § § | JURY TRIAL DEMANDED |
| LEMALL CORP. AND LEECO GROUP, | § § | |
| *Defendants*. | § § § | |

## NOTICE OF FILING MOTION FOR TRANSFER OF ACTIONS TO THE EASTERN DISTRICT OF TEXAS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEDURES

Pursuant to Rule 6.2(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff Blue Spike, LLC ("Blue Spike") hereby files a copy of its Motion for Transfer of Actions to the Eastern District of Texas Pursuant to 26 U.S.C. § 1407 for Coordinated and/or Consolidated Pretrial Procedures. *See, IN RE Blue Spike, LLC Patent Litigation*, Case MDL No. 1:17-P-42.

Date: July 11, 2017

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Kirk J. Anderson
  California Bar No. 289043
  kanderson@ghiplaw.com

**GARTEISER HONEA, P.C.**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

*Counsel for Blue Spike, LLC*

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this date stamped above.

_/s/ Randall Garteiser_____